1  ROBINSON, CALCAGNIE & ROBINSON
2  620 Newport Center Drive, Suite 700
   Newport Beach, California 92660
3  Telephone: (949) 720-1288
   Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiffs, Teresa Middleton and Timothy Middleton
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11
12
13 ┌─────────────────────────────────┐  CASE NO. C06-0142 (CRB)
   │ IN RE: BEXTRA AND CELEBREX      │)
14 │ MARKETING SALES PRACTICES AND   │) MDL NO. 1699
   │ PRODUCT LIABILITY LITIGATION    │) District Judge: Charles R. Breyer
15 │                                 │)
   ├─────────────────────────────────┤)
16 │ TERESA MIDDLETON AND TIMOTHY    │)
17 │ MIDDLETON,                      │) STIPULATION AND ORDER OF
   │                                 │) DISMISSAL WITH PREJUDICE
18 │      Plaintiffs,                │)
19 │ vs.                             │)
20 │ G.D. SEARLE & CO., PHARMACIA    │)
   │ CORPORATION; MONSANTO COMPANY,  │)
21 │ a Delaware corporation; PFIZER, INC., │)
   │ a Delaware corporation; PFIZER GLOBAL │)
22 │ RESEARCH & DEVELOPMENT,         │)
23 │                                 │)
   │      Defendants.                │)
24 └─────────────────────────────────┘
25
26     Come now the Plaintiff, **TERESA MIDDLETON and TIMOTHY MIDDLETON** and
27 Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: September 1, 2009         ROBINSON, CALCAGNIE & ROBINSON

By: /s/ Mark P. Robinson, Jr.
MARK P. ROBINSON, JR.
Attorneys for Plaintiff Teresa Middleton and Timothy Middleton

DATED: Oct. 22, 2009         DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42531961.1